IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**UNITED STATES OF AMERICA,**

 **Plaintiff,**

**vs.**            **CASE NO. 1:08CV35-SPM/AK**

**CHARLES PHILLIP ELLIOTT, et al,**

 **Defendants.**

_____/

## ORDER SETTING ASIDE DEFAULT

Presently before the Court in the above entitled action is Defendants' Notice (doc. 10), which is construed as a motion to set aside default entered against Defendant Theresa S. Elliott. (See Doc. 9). The government has agreed to the motion, with the proviso that Defendant Charles Phillip Elliott is not an attorney and may not sign papers filed in this cause on behalf of Theresa S. Elliott. (Doc. 11). Consequently, the motion (doc. 10) is **GRANTED**, and the Clerk's Entry of Default is hereby **SET ASIDE**.

**DONE AND ORDERED** this 10th day of June, 2008.

          S/ A Kornblum
          **ALLAN KORNBLUM**
          **UNITED STATES MAGISTRATE JUDGE**